

**NORTH CAROLINA WESTERN**
MEMORANDUM

**Date:** 9/3/2013

**To:** The Honorable Frank D. Whitney
Chief United States District Judge

**From:** Glynis L. Eaton
United States Probation Officer

**Subject:** Celester Vaughn
DNCW312CR00246-001
**REQUEST TO DESTROY SEIZED PROPERTY**

FILED
CHARLOTTE, NC
SEP 9 2013
US District Court
Western District of NC

---

On 04/01/2004, the defendant was sentenced pursuant to a conviction for Distribution of 500 Grams or More of Cocaine. He was ordered to serve one hundred twenty (120) months imprisonment, followed by eight (8) years of supervised release. His term of supervised release commenced on 04/19/2012. The following property was seized from the defendant during his supervision term: marijuana, digital scales, sandwich baggies, and cocaine. These items were seized from the defendant's residence on 06/25/2012. His term of supervised release was revoked on 04/09/2013, and he was ordered to serve eight (8) months imprisonment with two (2) years supervised release to follow. It is respectfully requested that Your Honor authorize destruction of the aforementioned items.

Thank you for your time and attention to this matter. Please do not hesitate to contact me at 704-350-7637, should you have any questions.

THE COURT ORDERS:

☑ Destroy Seized Property as Requested

☐ Do Not Destroy Seized Property

☐ Return Seized Property to the Defendant

_____  _____9/5/13_____
Signature of Judicial Officer              Date